IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| JOEL MOYER, et al., | : | CASE #  C-1-01-140 |
| | : | |
| Plaintiffs, | : | Judge Herman J. Weber |
| | : | |
| v. | : | |
| | : | |
| PEOPLE TO PEOPLE | : | NOTICE OF FRANCES CARNEY'S |
| INTERNATIONAL, INC., et al., | : | DEPOSITION |
| | : | |
| Defendants. | : | |

On Tuesday, December 2, 2003 at 3:00 p.m., at the offices of Henderson Boyd Jackson W.S., Exchange Tower, 19 Canning Street, Edinburgh EH3 8EH Scotland, Defendants Ambassador Programs, Inc. and People to People International, Inc. will depose Frances Carney to record and perpetuate her testimony as if on cross-examination, per Federal Civil Rules 28, 30, 31, and 32, before a person authorized to administer oaths and record testimony in Scotland.  Ms. Carney has agreed to appear voluntarily.  The deposition will continue for so long as is allowed by the Federal Rules.  The deposition may be videotaped.

{00087844.DOC/1}

                                                Respectfully submitted,

                                                _____/s/_____
                                                Martin A. Beyer  (Trial Counsel) (0060078)
                                                Robert G. Hanseman  (0071825)
                                                Sebaly Shillito + Dyer
                                                A Legal Professional Association
                                                1900 Kettering Tower
                                                Dayton, OH 45423
                                                937/222-2500
                                                937/222-6554 (fax)
                                                *Attorneys for Defendants People to People International, Inc. and Ambassador Programs, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the Defendants' ***Notice of Frances Carney's Deposition*** was electronically filed and faxed to:

Louis F. Gilligan, Esq.
Peter J. Stautberg, Esq.
Keating, Muething & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202
Attorneys for Plaintiffs

Gregory G. Beck, Esq.
Kreiner & Peters Co., LPA
2055 Reading Road, Ste. 290
Cincinnati, OH 45202
Attorney for Defendant Humana/Choice

on November 10, 2003.

                                                _____/s/_____
                                                Martin A. Beyer

{00087844.DOC/1}