Respectfully submitted,


                                               s/Martin A. Beyer
                                              Martin A. Beyer  (Trial Counsel) (0060078)
                                              Robert G. Hanseman  (0071825)
                                              Sebaly Shillito + Dyer
                                              A Legal Professional Association
                                              1900 Kettering Tower
                                              Dayton, OH 45423
                                              937/222-2500
                                              937/222-6554 (fax)
                                              *Attorneys for Defendants People to People International, Inc. and Ambassador Programs, Inc.*


## CERTIFICATE OF SERVICE

I certify that a copy of the Defendants' ***Notice of Frances Carney's Deposition*** was electronically filed and faxed to:

Louis F. Gilligan, Esq.
Peter J. Stautberg, Esq.
Keating, Muething & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202
Attorneys for Plaintiffs

Gregory G. Beck, Esq.
Kreiner & Peters Co., LPA
2055 Reading Road, Ste. 290
Cincinnati, OH 45202
Attorney for Defendant Humana/Choice

on November 10, 2003.


                                              /s/Martin A. Beyer
                                              Martin A. Beyer