IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOYER,

      Plaintiff

v                                  Civil C-1-01-140

PEOPLE TO PEOPLE,
      Defendant.

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the April 2004 trial term.

**IT IS SO ORDERED.**

                                              __s/Herman J. Weber__
                                      **Herman J. Weber, Senior Judge**
                                      **United States District Court**