OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

```
KREI055*  4520210221703 25  12/14/03
NOTIFY SENDER OF NEW ADDRESS
:KREINER & PETERS CO. LPA
PO BOX 1209
DUBLIN OH 43017-6209
```

Gregory Gerald Beck
Kreiner & Peters Co., LPA -1
2055 Reading Rd
Suite 290
Cincinnati, OH 45202-1439

1.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOYER,

        Plaintiff

v.                                   Civil C-1-01-140

PEOPLE TO PEOPLE,
        Defendant.

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the April 2004 trial term.

**IT IS SO ORDERED.**

                              **s/Herman J. Weber**
                              **Herman J. Weber, Senior Judge**
                              **United States District Court**