IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOYER,
        Plaintiff

v                                  Civil C-1-01-140

PEOPLE TO PEOPLE,
        Defendant.

## ORDER

Pursuant to the request of counsel, trial in the above styled case is RESCHEDULED to the August 2004 trial term. Counsel shall file any amendments to the Joint Pretrial Order on or before July 9, 2004.

Counsel shall notify the Court on or before April 16, 2004 as to their client's request for mediation.

**IT IS SO ORDERED.**

                                          **s/Herman J. Weber**
                                   Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*

Case 1:01-cv-00140-TSH    Document 105    Filed 03/16/2004    Page 2 of 2