# SEBALY SHILLITO + DYER
A LEGAL PROFESSIONAL ASSOCIATION

1800 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

ROBERT G. HANSEMAN   PH: 937-226-5601
rhanseman@ssdlaw.com

February 6, 2004

Louis F. Gilligan, Esq.
Keating, Meuthing & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202

Dear Lou:

**RE:** *Moyer, et al. v. People to People, et al.*

Please find a copy of the transcript from the deposition of Mrs. Carney.

Additionally, as you know, the *Moyer* trial is currently scheduled for the April term of Court. Given that it has almost been a year and a half since we have deposed Joel, we are interested in updating our knowledge of his claimed injuries. I believe Marty Beyer spoke with Peter Stautberg in a previous phone call.

We are willing to work with you to minimize any disruption to Joel's schedule. Please let us know a time in February or early March that would be convenient to both counsel and Joel. We are perfectly willing to travel to Joel's residence at Indiana University. We are also happy to do it in Cincinnati if Joel plans to be home during Spring Break.

Please contact me with a date at your earliest convenience and we will notice the deposition accordingly. Please call me if you have any questions or concerns.

Sincerely,

*Robert G. Hanseman/lam*

Robert G. Hanseman

Enclosures
c:   Karl R. Ulrich, Esq. (w/o encl.)
   Martin A. Beyer, Esq. (w/o encl.)
   Linda G. Menz, Paralegal (w/o encl.)

{00101053.DOC/1}


EXHIBIT A