**SEBALY SHILLITO + DYER**
A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

ROBERT G. HANSEMAN    PH: 937-226-5801
rhanseman@ssdlaw.com

February 26, 2004

Louis F. Gilligan, Esq.
Keating, Muething & Klekamp, PLI
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202

Dear Lou:

    **RE:** *Moyer, et al. v. People to People, et al.*

    This letter will follow up on our previous letter to you dated February 6, 2004 and our telephone conversation on February 17, 2004. I called on the 17th because we had received no response to the letter.

    As we discussed, since it has been well over a year since we deposed Mr. Moyer, we are interested in determining whether Mr. Moyer has suffered any additional damages during that time. During our telephone conference you flatly refused our request for a deposition and indicated that we should "file our motion."

    We believe we are entitled to conduct this discovery. I write to you again to see if there is some non-confrontational manner in which we might resolve this dispute. If not, we will file an appropriate Motion to Compel.

    Regards,

    Robert G. Hanseman

c:    Karl R. Ulrich, Esq.
    Martin A. Beyer, Esq.
    Linda G. Menz, Paralegal

EXHIBIT B

{00103101.DOC/1}

MEMBER OF MERITAS - WITH INDEPENDENT FIRMS IN PRINCIPAL CITIES WORLDWIDE