

**KMK** | Keating, Muething & Klekamp PLL
ATTORNEYS AT LAW

LOUIS F. GILLIGAN
DIRECT DIAL: (513) 579-6522
FACSIMILE: (513) 579-6457
E-MAIL: LGILLIGAN@KMKLAW.COM

March 2, 2004

Robert G. Hanseman, Esq.
Sebaly, Shillito & Dyer
1900 Kettering Tower
Dayton, OH  45423

Re:  *Moyer, et al. v. People to People International, et al.*

Dear Bob:

I am responding to your letter of February 26, 2004. I don't want to get into a who-said-what during our telephone conversation about taking the deposition of Joel Moyer, but I did indicate to you that I was going to check with him to find out whether or not there was any change in his condition, such that further inquiries for him in some form or another might be necessary.

In any event, we discussed with Joel Moyer his present condition. We also reviewed his deposition in an effort to determine whether his medical complaints are any different than they were at the time you deposed him. His complaints are no different. That said, he is still experiencing the same type of physical pain and limitations as he described. He has not sought further treatment for any of his injuries. If Joel does seek treatment, we will advise you.

Very truly yours,

KEATING, MUETHING & KLEKAMP, PLL

By: *Louis F. Gilligan*
    Louis F. Gilligan

/mjd

1226981.1



EXHIBIT
C