# SEBALY SHILLITO + DYER

A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO  45423
PH: 937-222-2500
FX: 937-222-6554

ROBERT G. HANSEMAN    PH: 937-226-5601
rhanseman@ssdlaw.com

March 22, 2004

**VIA FACSIMILE**

Louis F. Gilligan, Esq.
Keating, Meuthing & Klekamp, PLI
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202

Dear Lou:

    **RE:**   *Moyer, et al. v. People to People, et al.*

    We are in receipt of your letter dated March 2, 2004, which followed both my letter of February 26 and our subsequent telephone conversation.

    While I appreciate you conferring with your client concerning his physical condition, we are disappointed you have rejected our request for an update deposition. We have tried to be accommodating as to the time and place of the deposition. Also, we are disappointed you rejected the idea of a stipulation concerning Mr. Moyer's medical condition.

    If there has been any change in position of the Plaintiffs, please let us know.

        Regards,

        Robert G. Hanseman

c:    Karl R. Ulrich, Esq.
      Martin A. Beyer, Esq.
      Linda G. Menz, Paralegal

EXHIBIT
D

{00105823.DOC/1}