IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| JOEL P. MOYER, et al. | : | CASE NO. C-1-01-140 |
| | : | |
| Plaintiffs, | : | Senior Judge Herman J. Weber |
| | : | |
| v. | : | DEFENDANT'S MOTION FOR |
| | : | EXTENSION TO RESPOND TO |
| AMBASSADOR PROGRAMS, INC., et al. | : | PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD |
| | : | AMENDED COMPLAINT |
| Defendants. | : | |

Defendant Ambassador Programs, Inc. (Ambassador) moves for a two-week extension to file its response to Plaintiffs' motion for leave to file third amended complaint. Ambassador asks for an extension until May 24, 2004. Plaintiffs' counsel does not oppose the extension. A proposed order is being filed contemporaneously.

Respectfully submitted,

/s/ Martin A. Beyer
Martin A. Beyer (Trial Attorney) (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
Attorneys for Defendant Ambassador Programs, Inc.

{00112191.DOC/1}

## CERTIFICATE OF SERVICE

      I certify that a copy of Defendants' Motion for Extension to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint was served, both electronically and via regular U.S. mail service, on the following:

| | |
|---|---|
| Louis F. Gilligan, Esq.<br>Peter J. Stautberg, Esq.<br>Keating, Muething & Klekamp, PLL<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br>513/579-6400<br>Attorneys for Plaintiffs | Gregory G. Beck, Esq.<br>KREINER & PETERS CO. L.P.A.<br>2055 Reading Road, Ste. 290<br>Cincinnati, OH 45202<br>(513) 241-7878<br>Attorney for Defendant Humana/Choice |

on May 6, 2004.

                          /s/ Martin A. Beyer
                          Martin A. Beyer