IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| **JOEL P. MOYER, et al.** | : | CASE NO. C-1-01-140 |
| | : | |
| Plaintiffs, | : | Senior Judge Herman J. Weber |
| | : | |
| v. | : | **ORDER GRANTING DEFENDANT'S** |
| | : | **MOTION FOR EXTENSION TO** |
| **AMBASSADOR PROGRAMS, INC., et al.** | : | **RESPOND TO PLAINTIFFS'** |
| | : | **MOTION FOR LEAVE TO FILE** |
| | : | **THIRD AMENDED COMPLAINT** |
| Defendants. | : | |

Defendant Ambassador Programs, Inc. is granted an extension, until May 24, 2004, to file their response to Plaintiffs' motion for leave to file third amended complaint.

SO ORDERED:

  s/Herman J. Weber  
SENIOR JUDGE HERMAN J. WEBER

SUBMITTED BY:

/s/ Martin A. Beyer
Martin A. Beyer (Trial Attorney) (0060078)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
Attorneys for Defendant Ambassador

{00124793.WPD;1}

Programs, Inc.

Copies to:

Louis F. Gilligan, Esq. & Peter J. Stautberg, Esq., Keating, Muething & Klekamp, PLL, 1400 Provident Tower, One East Fourth Street, Cincinnati, OH 45202, Attorneys for Plaintiffs

Gregory G. Beck, Esq., KREINER & PETERS CO. L.P.A., 2055 Reading Road, Ste. 290, Cincinnati, OH 45202, Attorney for Defendant Humana/Choice

{00124793.DOC/1}