UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al., | ) : | Case No. C-1-01-140 |
| Plaintiffs, | ) : | (Judge Weber) |
| -v- | ) : | PLAINTIFFS' RESPONSE TO MOTION OF DEFENDANT AMBASSADOR PROGRAMS, INC. FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF JOEL P. MOYER |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al., | ) : | |
| Defendant. | ) : | |

Plaintiffs submit this brief memorandum in response to the Motion of Defendant Ambassador Programs, Inc. for leave to take a supplemental deposition of Plaintiff Joel P. Moyer. As will be explained below, Plaintiffs believe that recent developments should render Defendant's motion moot.

Subsequent to the time of initial discussions and communications with counsel for Defendant Ambassador about taking a supplemental deposition, Joel Moyer determined to seek consultation with Dr. John Roberts. Dr. Roberts is an orthopedic surgeon who specializes in spines. Joel Moyer sought this medical consultation because of the continued problems and lack of improvement in his physical condition over the past year or so. This development is new information to which, Plaintiffs agree, Defendant Ambassador would be entitled to discover in a supplemental deposition. Plaintiffs informed Defendant Ambassador of this development, and proposed that mutually agreeable arrangements can be made for Joel Moyer to undergo a supplemental deposition limited to updating his physical condition.

Based on the foregoing, Plaintiffs believe that mutually agreeable arrangements can be worked out for a supplemental deposition of Joel Moyer, and that the Motion of Defendant requesting leave is moot.

                                                Respectfully submitted,

                                                ___/s/ Peter J. Stautberg_____
                                                Louis F. Gilligan (0021805)
                                                Peter J. Stautberg (0061691)
                                                KEATING, MUETHING & KLEKAMP, P.L.L.
                                                1400 Provident Tower
                                                One East Fourth Street
                                                Cincinnati, Ohio  45202
                                                (513) 579-6400
                                                (513) 579-6457 - fax
                                                Attorney for Plaintiffs,
                                                JOEL P. MOYER, et al.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing PLAINTIFFS' MEMORANDUM IN RESPONSE TO MOTION OF DEFENDANT AMBASSADOR PROGRAMS, INC. FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF JOEL P. MOYER was served upon this 12th day of May, 2004 by electronic mail upon:

Robert Hanseman, Esq.
Martin Beyer, Esq.
Sebaly, Shillito, and Dyer
1900 Kettering Tower
Dayton, Ohio  45423
Attorneys for Defendant Ambassador Programs, Inc.

and by regular U.S. mail upon:

Gregory G. Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43107
Attorneys for ChoiceCare

                                                ___/s/ Peter J. Stautberg_____
                                                Peter J. Stautberg

1280600.1