- 17 -

Respectfully submitted,


/s/ Peter J. Stautberg
Louis F. Gilligan (0021805)
Peter J. Stautberg (0061691)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400
(513) 579-6457 Fax
Attorneys for Plaintiffs
Lgilligan@kmklaw.com
Pstautberg@kmklaw.com

## JURY DEMAND

Plaintiffs demand a jury trial of this action as provided by the Federal Rules of Civil Procedure.


/s/ Peter J. Stautberg
Peter J. Stautberg

- 18 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Third Amended Complaint and Jury Demand was served on the 4th day of June, 2004, by United States mail, on the following:

Karl Ulrich, Esq.
Robert Hanseman, Esq.
Martin Beyer, Esq.
Sebaly, Shillito, and Dyer
1900 Kettering Tower
Dayton, Ohio  45423
Attorneys for Ambassador Programs, Inc.

Gregory G. Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43107
Attorney for Humana/ChoiceCare

                                                              /s/ Peter J. Stautberg
                                                              Peter J. Stautberg

1232192.1