UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOEL P. MOYER, et al

                Plaintiff,

     v.                                 C-1-01-140

PEOPLE TO PEOPLE, et al,

                Defendant.

## ORDER

The parties having **CONSENTED** (see attached) this case is hereby **transferred** to the United States Magistrate Judge Timothy S. Hogan pursuant to 28 U.S.C. § 636(c) to conduct any and all proceedings in this case, including the trial, and order the entry of judgment.

Parties are advised that the August 2004 trial term setting is VACATED.

**IT IS SO ORDERED.**

                                          _____s/Herman J. Weber_____
                                          Herman J. Weber, Senior Judge
                                          United States District Court