

pstautberg@kmklaw.com
06/16/2004 09:35 AM

To Weber_chambers@ohsd.uscourts.gov
cc mbeyer@ssdlaw.com
bcc
Subject Moyer et al vs. People to People International, et al. C-1-01-140

          Ms. Maury -            In accordance with your instructions, I
can inform you that on behalf of our clients, Plaintiffs Joel P. Moyer, David
M. Moyer, and Marcia Moyer, we hereby consent to the trial of this case
(C-1-01-140) by a Magistrate Judge (with jury). Thank you.  -  Peter J.
Stautberg and Louis F. Gilligan, Counsel for Plaintiffs
*****************************************************
Peter J. Stautberg
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202
Tel: 513-639-3932
Fax: 513-579-6457
Internet Address: pstautberg@KMKLAW.COM
Website: www.kmklaw.com

          --- CONFIDENTIALITY STATEMENT ---
This e-mail transmission contains information that is
intended to be privileged and confidential.  It is in-
tended only for the addressee named above.  If you re-
ceive this e-mail in error, please do not read, copy
or disseminate it in any manner.  If you are not the
intended recipient, any disclosure, copying, distri-
bution or use of the contents of this information is
prohibited.  Please reply to the message immediately by
informing the sender that the message was misdirected.
After replying, please erase it from your computer
system.  Your assistance in correcting this error is
appreciated.
*****************************************************



"Greg Beck"
<ggbeck@adelphia.net>
06/16/2004 09:36 AM

To <weber_chambers@ohsd.uscourts.gov>
cc
bcc
Subject  Moyer, et al. v People to People, et al.: Case No.:C-1-01-140

My client, Choicecare, has no objections to this matter being referred to a magistrate.

Greg Beck



"Marty Beyer"
<mbeyer@ssdlaw.com>

06/16/2004 09:34 AM

To  <weber_chambers@ohsd.uscourts.gov>
cc  <pstautberg@kmklaw.com>, "Robert Hanseman" <RHansema@ssdlaw.com>
bcc
Subject  FW: Moyer et al vs. People to People International, et al. C-1-01-140

Ms. Maury,

Below is my original message.   had the wrong email address.  Hope this one works!

Marty Beyer

-----Original Message-----
From: Marty Beyer
Sent: Wednesday, June 16, 2004   :32 AM
To: 'pstautberg@kmklaw.com'; We   r_chambers@ohsd.us.courts.gov
Cc: Robert Hanseman; gbeck@subr   ation-recovery.com; lgilligan@kmklaw.com
Subject: RE: Moyer et al vs. Pe   le to People International, et al. C-1-01-140

Ms. Maury,

Bob Hanesman and I represent th   defendant, Ambassador Programs, Inc.
We also consent to a jury trial  ith Magistrate Hogan.  Thanks for your help on this.

Marty Beyer, Esq.
Sebaly Shillito + Dyer
A Legal Professional Associatio
1900 Kettering Tower
Dayton, OH  45423
937/222-2514 (direct)
937/222-6554 (fax)

This email may contain privileg   and confidential information.  If you receive it by mistake, please d   sregard the contents and promptly notify me.   Thank you.


-----Original Message-----
From: pstautberg@kmklaw.com [ma   to:pstautberg@kmklaw.com]
Sent: Wednesday, June 16, 2004    12 AM
To: Weber_chambers@ohsd.us.cour   s.gov
Cc: Marty Beyer; Robert Hansema   gbeck@subrogation-recovery.com; lgilligan@kmklaw.com
Subject: Moyer et al vs. People  o People International, et al. C-1-01-140

        Ms. Maury -         In accordance with your instructions, I can
inform you that on behalf of ou   clients, Plaintiffs Joel P. Moyer,
David M. Moyer, and Marcia Moye   we hereby consent to the trial of this
case (C-1-01-140) by a Magistra   Judge (with jury). Thank you.   -
Peter J. Stautberg and Louis F.  illigan, Counsel for Plaintiffs
***************************************************

```
Peter J. Stautberg
Keating, Muething & Klekamp, P.  L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202
Tel: 513-639-3932
Fax: 513-579-6457
Internet Address: pstautberg@KM  AW.COM
Website: www.kmklaw.com

              --- CONFIDENTIALITY  STATEMENT --- This e-mail transmission
contains information that is in  nded to be privileged and confidential.
It is in- tended only for the a  dressee named above.  If you re- ceive
this e-mail in error, please do  ot read, copy or disseminate it in any
manner.  If you are not the int  nded recipient, any disclosure, copying,
distri- bution or use of the co  tents of this information is prohibited.
Please reply to the message imm  iately by informing the sender that the
message was misdirected.
After replying, please erase it  from your computer system.  Your
assistance in correcting this e  or is appreciated.
*********************************  *********************


Verified email message sent by   baly Shillito + Dyer, through Frontbridge.
```