UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al., | ) | Case No. C-1-01-140 |
| Plaintiffs, | ) | (Judge Weber) |
| -v- | ) | (Magistrate Judge Hogan) |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al., | ) | PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANT AMBASSADOR PROGRAMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | ) | |

Plaintiffs hereby move the Court for leave to file a memorandum in opposition to Defendant's Motion for Partial Summary Judgment in this matter. Plaintiffs request an additional seven (7) days, to July 26, 2004, to file a response. Defendants do not oppose this extension. A proposed Order will be separately submitted to chamber by electronic transmission.

Respectfully submitted,

  /s/ Peter J. Stautberg
Louis F. Gilligan (0021805)
Peter J. Stautberg (0061691)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio  45202
(513) 579-6400
(513) 579-6457 - fax
Attorney for Plaintiffs,
JOEL P. MOYER, et al.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO REPLY TO DEFENDANT AMBASSADOR PROGRAMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT was served upon this 16th day of July, 2004 by electronic mail upon:

Robert Hanseman, Esq.
Martin Beyer, Esq.
Sebaly, Shillito, and Dyer
1900 Kettering Tower
Dayton, Ohio  45423
Attorneys for Defendant Ambassador Programs, Inc.

and by regular U.S. mail upon:

Gregory G. Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43107
Attorneys for ChoiceCare

                                                    /s/ Peter J. Stautberg
                                                    Peter J. Stautberg

1315555.1