UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al. | ) | Case No. C-1-01-140 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | (Magistrate Judge Hogan) |
| -v- | ) | |
| | ) | ORDER GRANTING PLAINTIFFS' |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al. | ) | MOTION FOR EXTENSION TO RESPOND TO DEFENDANT |
| | ) | AMBASSADOR PROGRAMS, INC.'S |
| Defendants. | ) | MOTION FOR PARTIAL SUMMARY |
| | ) | JUDGMENT |

This matter is before the Court on Plaintiff's motion for a seven day extension to file a response to Defendant's motion for Partial Summary Judgment. There being no opposition to the motion, Plaintiffs are hereby granted an extension, to July 26, 2004, to file their response to Defendant's Motion for Partial Summary Judgment.

SO ORDERED:

____/Timothy S. Hogan_____
U.S. Magistrate Judge Hogan

SUBMITTED BY:

  / s / Peter J. Stautberg
Louis F. Gilligan (0021805)
Peter J. Stautberg (0061691)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6522
Fax: (513) 579-6457
lgilligan@kmklaw.com
pstautberg@kmklaw.com
Attorneys for Plaintiffs

1315588.1