UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al., | ) : | Case No. C-1-01-140 |
| Plaintiffs, | ) : | (Judge Weber) |
| -v- | ) : | **NOTICE OF FILING DEPOSITION** |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al., | ) : ) : | |
| Defendant. | ) | |

Notice is hereby given pursuant to the Federal Rules of Civil Procedure that the Perpetuation Deposition of Pamela D. Duckmanton, taken on April 9, 2004, has been filed in the above-captioned matter.

Respectfully submitted,


_____/s/ Peter J. Stautberg_____
Louis F. Gilligan (0021805)
Peter J. Stautberg (0061691)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio  45202
(513) 579-6400 - Telephone
(513) 579-6457 - Facsimile
Attorney for Plaintiffs,
JOEL P. MOYER, et al.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Filing Deposition was served upon this 26th day of July, 2004 by regular U.S. mail and electronically upon:


Robert Hanseman, Esq.
Sebaly, Shillito, and Dyer
1900 Kettering Tower
Dayton, Ohio  45423

Gregory G. Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43107


                                            _____/s/ Peter J. Stautberg_____
                                            Peter J. Stautberg



1298441.1