UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al., | ) : | Case No. C-1-01-140 |
| Plaintiffs, | ) : | (Judge Weber) |
| -v- | ) : | **NOTICE OF FILING DEPOSITION** |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al., | ) : ) : | |
| Defendant. | ) | |

    Notice is hereby given pursuant to the Federal Rules of Civil Procedure that the Discovery Deposition of Pamela D. Duckmanton, taken on April 9, 2004, has been filed in the above-captioned matter.

    Respectfully submitted,

    _____/s/ Peter J. Stautberg_____
    Louis F. Gilligan (0021805)
    Peter J. Stautberg (0061691)
    KEATING, MUETHING & KLEKAMP, P.L.L.
    1400 Provident Tower
    One East Fourth Street
    Cincinnati, Ohio  45202
    (513) 579-6400 - Telephone
    (513) 579-6457 - Facsimile
    Attorney for Plaintiffs,
    JOEL P. MOYER, et al.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Filing Deposition was served upon this 26th day of July, 2004 by regular U.S. mail and electronically upon:

Robert Hanseman, Esq.
Sebaly, Shillito, and Dyer
1900 Kettering Tower
Dayton, Ohio  45423

Gregory G. Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43107

                                      /s/ Peter J. Stautberg
                                      Peter J. Stautberg

1298447.1