UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joel P. Moyer, et al.,
    Plaintiffs,

v.                                                            Case No.  1:01cv140
                                                      (Hogan, M.J.)

People to People International, et al.,
    Defendants.

## CALENDAR ORDER

This case shall proceed as follows:

1. Dispositive motion hearing: **August 24, 2004, at 9:30 am**

2. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

3. Final pretrial conference: **December 17, 2004, at 10:00 am**

4. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

5. Jury Trial: **January 18, 2005, at 9:30 am**

IT IS SO ORDERED.


Date  7/27/2004                                                 s/Timothy S. Hogan
bac      July 27, 2004                              Timothy S. Hogan
                                                                 United States Magistrate  Judge