IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| JOEL MOYER, et al., | : | CASE NO.  1:01-CV-140 |
| | : | |
| Plaintiffs, | : | Senior Judge Herman J. Weber |
| | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| | : | DEFENDANTS' MOTION FOR |
| PEOPLE TO PEOPLE | : | EXTENSION TO FILE REPLY |
| INTERNATIONAL, INC., et al., | : | MEMO SUPPORTING THEIR |
| | : | MOTION FOR PARTIAL |
| Defendants. | : | SUMMARY JUDGMENT |
| | : | |

Defendant Ambassador Programs, Inc. moves for an extension to file their reply memorandum supporting their motion for partial summary judgment.  Defendant's reply is due Monday, August 9.  However, due to his workload, defendant's counsel has not had time to research and draft the reply, and send it to his clients, before the scheduled deadline.  Defendants move for a short extension – only until August 11, 2004 – to file their reply.  Plaintiffs' counsel has agreed to the extension.  A proposed order is attached.

    Respectfully submitted,

/s/ Martin A. Beyer
Martin A. Beyer (Trial Attorney) (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association

1900 Kettering Tower<br>
Dayton, OH 45423<br>
937/222-2500<br>
937/222-6554 (fax)<br>
mbeyer@ssdlaw.com<br>
Attorneys for Defendants Ambassador Programs, Inc. and People to People International, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on August 9, 2004, a copy of Defendants' Motion for Extension was sent via electronic and regular mailed to:

Louis F. Gilligan, Esq.
Peter J. Stautberg, Esq.
Keating, Muething & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
513/579-6400
Attorneys for Plaintiffs

Gregory G. Beck, Esq.
KREINER & PETERS CO. L.P.A.
2055 Reading Road, Ste. 290
Cincinnati, OH 45202
(513) 241-7878
Attorney for Defendant Humana/Choice

/s/ Martin A. Beyer
Martin A. Beyer

{00123159.DOC/1}