IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| JOEL MOYER, et al., | : | Case No.  1:01-CV-140 |
| | : | |
| Plaintiffs, | : | Senior Judge Herman J. Weber |
| | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| | : | AGREED ENTRY GRANTING |
| PEOPLE TO PEOPLE | : | DEFENDANTS' MOTION FOR |
| INTERNATIONAL, INC., et al. | : | EXTENSION TOFILE REPLY |
| | : | MEMO SUPPORTING THEIR |
| Defendants. | : | SUMMARY JUDGMENT MOTION |

By agreement, Defendant Ambassador Programs, Inc. is granted an extension, until Wednesday, August 11, 2004, to file it's reply memorandum supporting their summary judgment motion.  Plaintiffs' counsel has graciously agreed to the extension.

SO ORDERED:


      s/Timothy S. Hogan
TIMOTHY S. HOGAN
U.S. Magistrate Judge

SUBMITTED BY:

/s/ Martin A. Beyer
Martin A. Beyer (Trial Attorney) (0060078)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
Attorneys for Defendants Ambassador
Programs, Inc. and  People to People

Copies to:
Louis F. Gilligan, Esq. & Peter J. Stautberg, Esq., Keating, Muething & Klekamp, PLL, 1400

Provident Tower, One East Fourth Street, Cincinnati, OH 45202, Attorneys for Plaintiffs

Gregory G. Beck, Esq., Kreiner & Peters Co. L.P.A., P.O. Box 1209, Dublin, OH 43017, Attorney for Defendant Humana/Choice