01/26/2000  14:58    15138319032              LOUISE W BORDEN                    PAGE 01

Dear Colin,

This letter is one of the hardest I have ever written in my entire life. I am writing this letter because of several reasons. One is because I trust you to keep this a secret, and because I need to see how someone reads, and also because it is good for me to write it down. I'll start from the ~~complete~~ complete beginning. From July 1st to the 21st of the last summer I went on a trip to the U.K. (That is why I didn't start working there until late July.) I went on a trip with People to People, a student ambassador program (I went with 29 other kids aged 14-18). I went to England, Wales, Scotland and Ireland. We stayed in hotels, a ferry for one night, and a thing they call homestays, where we stay with families to "learn the culture!" The first two were great but the 3rd was awful. They couldn't find a family so me and an older kid had to stay with a single 30-yr old male. The situation could not have been worse. I made the worse mistake of my life and I went out with my friends and had a little bit to drink. When I got to his apartment he <u>made</u> me drink at least 5 German ~~~~ Lager. Then he seemed to help me out when I got sick and puked. For some reason I was in ~~the bathroom~~ on my

EXHIBIT 1    MOYER 000914

knees in my boxers and an undershirt. I forget why. Then the worst thing possible happened. He tried to advance and touch me and kiss me. I kept on pushing him back and he didnt penetrate me and or take his clothes off or anything like that. In a way I am lucky because I will never see him and he didnt penetrate me. Still, if that didnt happen I would not have even thought about hurting myself. I took something like an attempted suicide but I am so glad I am alive and I have told my parents and nurses and psychiatrist. Now I have realized that it wasn't my fault and I was a victim and I had no control. I want justice to be done to that bastard pedophile and my parents have hired a lawyer. Sorry about the handwriting but it has been hard to write this letter. Please don't think of me as a queen because I am not and you CAN'T tell

MOYER 000915

01/26/2000  14:58    15138319032              LOUISE W BORDEN                    PAGE 03

anyone. I trust you Colin and I hope I get out of this mess. It has been so hard but I now realize how much I would be missed if I had succeeded. Thank you Colin for reading this and please don't think of me differently and not telling anyone.

Joel Moyer

MOYER 000916