UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joel P. Moyer, et al.,
    Plaintiffs

vs                                      Case No. C-1-01-140

People to People
International, Inc., et al.,            **ORDER**
    Defendants                        (Hogan, M.J.)

      This matter shall proceed as follows. The final pretrial conference date of December 17, 2004 is hereby **VACATED**, and rescheduled to Wednesday, December 29, 2004 at 9:30 a.m. The Court shall conduct a settlement conference on Friday, December 17, 2004 at 9:00 a.m. The parties and/or their representatives and a representative from Royal Sunalliance Insurance shall be present with settlement authority.

      **IT IS SO ORDERED.**

Date: 12/7/04

Timothy S. Hogan
United States Magistrate Judge