# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Joel P. Moyer, et al.,
    Plaintiffs

vs                                        Case No. C-1-01-140

People to People
International, Inc., et al.,                **ORDER**
    Defendants                          (Hogan, M.J.)

      This matter is before the Court on defendant's motion to continue settlement conference. (Doc. 134). In its previous Order scheduling this matter for a settlement conference, the Court ordered the parties and/or their representatives and a representative from Royal Sunalliance Insurance to be present at such conference with settlement authority. The Court understands that despite plaintiff Joel Moyer's expected absence from such conference, counsel for plaintiff shall be accompanied by Joel's father and shall have complete settlement authority. The Court cannot accommodate the alternate date proposed by defendant for a settlement conference. Accordingly, defendant's motion is **DENIED** and this matter shall proceed as previously ordered.

      **IT IS SO ORDERED.**

Date:  12/14/2004                          s/Timothy S. Hogan
                                               Timothy S. Hogan
                                               United States Magistrate Judge