

FILED
JAMES BONINI
CLERK
2004 DEC 17 PM 1:56

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Joel P Moyer, et al.,
    Plaintiff,

v.

Case No.   1:01cv0140
(Consent Case; Hogan, M.J.)

People to People Int., et al.,
    Defendants.

## CIVIL MINUTES
### SETTLEMENT CONFERENCE
### before the
### HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Arthur Hill
**DATE:** December 17, 2004          **TIME:** 9:00 am

Attorney for Plaintiff(s):_____           Attorney for Defendant(s):_____

Louis Gilligan                              Martin Beyer

Peter Stautberg                             Robert Hanseman
                                            Gregory Beck

**PROCEDURES**

_X_ Counsel Present
_X_ Settlement conference held
____ Settlement conference continued to _____.
____ Court order/memorandum to follow by _____.
_X_ Other  Matter not settled.