FILED
JAMES BONINI
CLERK

2004 DEC 29 AM 10: 01

SOUTHERN OHIO
WESTERN CINTI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Joel Moyer, et. al.,
    Plaintiffs,

v.

Case No. 1:01cv140
(Hogan, M.J.)

People to People International, Inc., et. al.,
    Defendants.

## CIVIL MINUTES
for a
**Final Pretrial Conference**
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Karen Litkovitz
**COURT REPORTER:**
**DATE:** December 29, 2004     **TIME:** 9:30 am

Attorney for Plaintiff(s): _____

_Peter Stautberg_

Attorney for Defendant(s): _____

_Martin Beyer_

_Greg Beck - Humana Choicecare_

## PROCEDURES

✓ Counsel Present.

✓ Case to proceed for trial on _January 18, 2005_.

Remarks: _____