**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)**

| | | |
|---|---|---|
| **JOEL MOYER, et al.,** | : | **Case No. 1:01-CV-140** |
| | : | |
| **Plaintiffs,** | : | **Magistrate Judge Timothy S. Hogan** |
| | : | |
| **v.** | : | |
| | : | |
| **AMBASSADOR PROGRAMS, INC. ,** | : | **NOTICE OF DESIGNATION OF** |
| **et al.,** | : | **DEPOSITION EXCERPTS OF ERIC** |
| | : | **MOYER** |
| **Defendants.** | : | |

_____

Defendant Ambassador Programs, Inc. ("Ambassador"), hereby designates the following

relevant excerpts of the deposition of Eric Moyer.  A transcript of the complete deposition

transcript taken on January 8, 2003, was filed with the Court on January 11, 2005.  Ambassador

designates excerpts of Mr. Moyer's testimony as follows:

> Page 1, Lines 1-25;
> Page 3, Lines 1-8;
> Page 4, Lines 10-11;
> Page 5, Lines 7-4;
> Page 7, Lines 14-25;
> Page 8, Lines 14-20;
> Page 9, Lines 2-11 and 22-24;
> Page 10, Lines 4-6, 14-16 and 19-25;
> Page 11, Lines 1-3 and 16-18;
> Page 12, Lines 13-15;
> Page 13, Lines 1-25
> Page 16, Line 25;
> Page 17, Lines 1-11 and 23-25;
> Page 21, Lines 7-9 and 14-19;
> Page 23, Lines 23-25;
> Page 24, Lines 7-10;
> Page 31, Lines 19-25;
> Page 32, Lines 1-5;

Page 38, Lines 9-12;
Page 41, Lines 1-19;
Page 42, Lines 8-11;
Page 44, Lines 7-14 and 25;
Page 45, Lines 1-10;
Page 46, Lines 8-10;
Page 47, Lines 11-13;
Page 48, Lines 5-16;
Page 49, Lines 4-6;
Page 52, Lines 4-6 and 10-18;
Page 53, Lines 8-15;
Page 54, Lines 21-25;
Page 55, Lines 1-25;
Page 56, Lines 1-11;
Page 59, Lines 1-7 and 17-25;
Page 60, Lines 1-17;
Page 66, Lines 25;
Page 67; Lines 1-4;
Page 68, Lines 24-25;
Page 69, Lines 1-6;
Page 72, Lines 2-25;
Page 73, Lines 1-2;
Page 75, Lines 8-23;
Page 76, Lines 2-25;
Page 77, Lines 1-7; and
Page 80, Lines 10-13.

Respectfully submitted,

/s/ Robert G. Hanseman
Martin A. Beyer       (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
*Attorneys for Defendant Ambassador
Programs, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 10th, 2005, a copy of the **NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF ERIC MOYER** was filed with the Court's ECF system and mailed to:

Louis F. Gilligan, Esq.                    Gregory G. Beck, Esq.
Peter J. Stautberg, Esq.                   Kreiner & Peters Co., LPA
Keating, Muething & Klekamp, PLL           P.O. Box 1209
1400 Provident Tower                       Dublin, OH 430175202
One East Fourth Street                     *Attorney for Defendant Humana/Choicecare*
Cincinnati, OH 45202
*Attorneys for Plaintiffs*

/s/ Robert G. Hanseman
Robert G. Hanseman