IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| **JOEL MOYER, et al.,** | : | Case No. 1:01-CV-140 |
| | : | |
| Plaintiffs, | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| v. | : | |
| | : | |
| **AMBASSADOR PROGRAMS, INC.,** | : | NOTICE OF DESIGNATION OF |
| et al., | : | DEPOSITION EXCERPTS OF |
| | : | RONALD CARROLL |
| Defendants. | : | |

Defendant Ambassador Programs, Inc. ("Ambassador"), hereby designates the following relevant excerpts of the deposition of Ronald Carroll. A transcript of the complete deposition transcript taken on February 25, 2003 and was filed with the Court on May 21, 2003. Ambassador designates excerpts of Mr. Carroll's testimony as follows:

> Page 1, Lines 1-22;
> Page 4, Lines 6-19;
> Page 5, Lines 16-22;
> Page 6, Lines 2-25;
> Page 7, Lines 1-11 and 17-25;
> Page 8, Lines 1-25;
> Page 9, Lines 1-21;
> Page 10, Lines 18-25;
> Page 11, Lines 1-25;
> Page 12, Lines 1-25;
> Page 13, Lines 1-23;
> Page 14, Lines 7-24;
> Page 15, Lines 12-25;
> Page 17, Lines 16-25;
> Page 18, Lines 1-6 and 18-22;
> Page 19, Lines 1-3 and 14-25;
> Page 20, Lines 1-22;
> Page 21, Lines 16-25;

Page 22, Lines 1-25;
Page 23, Line 1;
Page 24, Line 25;
Page 25, Lines 1-25;
Page 26, Lines 1-25;
Page 27, Lines 1-9 and 16-17;
Page 28, Lines 7-14 and 23-24;
Page 29, Lines 1-4 and 25;
Page 30, Lines 1-25;
Page 31, Lines 1-5;
Page 47, Lines 8-10;
Page 50, Lines 25;
Page 51, Lines 1-8 and 15-25;
Page 52, Line 1;
Page 67, Lines 20-25;
Page 68, Lines 1-2, 9-12 and 17-25;
Page 69, Lines 3-25;
Page 70, Lines 1-8;
Page 72, Line 25;
Page 73, Lines 1-14;
Page 74, Lines 19-21;
Page 76; Lines 11-25; and
Page 77, Lines 1-5.

Respectfully submitted,


/s/ Robert G. Hanseman
Martin A. Beyer        (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
*Attorneys for Defendant Ambassador Programs, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on January 10, 2005, a copy of the **NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF RONALD CARROLL** was filed with the Court's ECF system and mailed to:

| | |
|---|---|
| Louis F. Gilligan, Esq.<br>Peter J. Stautberg, Esq.<br>Keating, Muething & Klekamp, PLL<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br>*Attorneys for Plaintiffs* | Gregory G. Beck, Esq.<br>Kreiner & Peters Co., LPA<br>P.O. Box 1209<br>Dublin, OH 430175202<br>*Attorney for Defendant Humana/Choicecare* |

                                                        /s/ Robert G. Hanseman
                                                        Robert G. Hanseman