# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
## (Cincinnati)

| | | |
|---|---|---|
| **JOEL MOYER, et al.,** | : | Case No. 1:01-CV-140 |
| Plaintiffs, | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| **AMBASSADOR PROGRAMS, INC.,** et al., | : | NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF DANIEL PATRICK KELLY |
| Defendants. | : | |

Defendant Ambassador Programs, Inc. ("Ambassador"), hereby designates the following relevant excerpts of the deposition of Daniel Patrick Kelly. A transcript of the complete deposition transcript taken on September 26, 2002, was filed with the Court on April 25, 2003. Ambassador designates excerpts of Mr. Kelly's testimony as follows:

>Page 1; Lines 1-21;
>Page 2; Lines 16-18;
>Page 3; Line 21;
>Page 4; Lines 1-15 and 20-21;
>Page 5; Lines 5 and 11-15;
>Page 6; Lines 13-15;
>Page 7; Lines 7-18;
>Page 8; Lines 19-21;
>Page 9; Lines 1-5 and 19-21;
>Page 10; Lines 1-21;
>Page 13; Lines 10-14;
>Page 14; Lines 16-21;
>Page 15; Lines 1-18;
>Page 16; Lines 5-9 and 20-21;
>Page 17; Lines 1-8 and 14-19;
>Page 28; Lines 12-17;
>Page 36; Lines 15-21;
>Page 36; Lines 1-10;

{00143759.DOC/1}

Page 37; Lines 3-131;
Page 38; Lines 2-7;
Page 44; Lines 12-21;
Page 45; Lines 1-2;
Page 46; Lines 9-21;
Page 47; Lines 1-2 and 20-21;
Page 48; Lines 1-2;
Page 49; Lines 11-13;
Page 52; Lines 3-13;
Page 53; Lines 20-21;
Page 54; Lines 1-21;
Page 55; Lines 1-6 and 11-21;
Page 56, Lines 1-6 and 20-21;
Page 57; Lines 12-20;
Page 58; Lines 17-21;
Page 59; Lines 4-10;
Page 62; Lines 19-21;
Page 63; Lines 1-9;
Page 64; Lines 13-21;
Page 65; Lines 1-20;
Page 66; Lines 7-21;
Page 67; Lines 1-16;
Page 68; Lines 10-16;
Page 70; Lines 2-21;
Page 71; Line 1;
Page 75; Lines 16-18;
Page 93; Lines 6-11.

          Respectfully submitted,

/s/ Robert G. Hanseman
Martin A. Beyer    (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
*Attorneys for Defendant Ambassador Programs, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on January 10, 2005, a copy of the **NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF DANIEL PATRICK KELLY** was filed with the Court's ECF system and mailed to:

| | |
|---|---|
| Louis F. Gilligan, Esq.<br>Peter J. Stautberg, Esq.<br>Keating, Muething & Klekamp, PLL<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br>*Attorneys for Plaintiffs* | Gregory G. Beck, Esq.<br>Kreiner & Peters Co., LPA<br>P.O. Box 1209<br>Dublin, OH 430175202<br>*Attorney for Defendant Humana/Choicecare* |

                                      /s/ Robert G. Hanseman
                                      Robert G. Hanseman

{00143759.DOC/1}