IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| **JOEL MOYER, et al.,** | : | Case No. 1:01-CV-140 |
| | : | |
| Plaintiffs, | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| v. | : | |
| | : | |
| **AMBASSADOR PROGRAMS, INC.,** | : | NOTICE OF DESIGNATION OF |
| et al., | : | DEPOSITION EXCERPTS OF |
| | : | FRANCES CARNEY |
| Defendants. | : | |

Defendant Ambassador Programs, Inc. ("Ambassador"), hereby designates the following relevant excerpts of the deposition of Frances Carney. A transcript of the complete deposition transcript taken on December 2, 2003, and was filed with the Court on May 26, 2004. Ambassador designates excerpts of Ms. Carney's testimony as follows:

        Page 64, Line 10 to Page 5, Line 14;
        Page 5, Line 16 to Page 6, Line 14;
        Page 7, Line 1 to Page 8, Line 23;
        Page 9, Line 6 to Page 11, Line 24;
        Page 12, Line 4 to Page 11, Line 24;
        Page 16, Line 9 to Page 16, Line 16;
        Page 17, Line 4 to Page 19, Line 1
        Page 19, Line 6 to Page 19, Line 14;
        Page 19, Line 24, to Page 22, Line 3;
        Page 49, Line 21 to Page 52, Line 5;
        Page 52, Line 15 to Page 53, Line 24;
        Page 54, Line 3 to Page 54, Line 4; and
        Page 54, Line 5 to Page 54, Line 6.

Respectfully submitted,


/s/ Robert G. Hanseman
Martin A. Beyer      (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
*Attorneys for Defendant Ambassador Programs, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on January 10, 2005, a copy of the **NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF FRANCES CARNEY** was filed with the Court's ECF system and mailed to:

| | |
|---|---|
| Louis F. Gilligan, Esq.<br>Peter J. Stautberg, Esq.<br>Keating, Muething & Klekamp, PLL<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br>*Attorneys for Plaintiffs* | Gregory G. Beck, Esq.<br>Kreiner & Peters Co., LPA<br>P.O. Box 1209<br>Dublin, OH 430175202<br>*Attorney for Defendant Humana/Choicecare* |

                         /s/ Robert G. Hanseman
                         Robert G. Hanseman