IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| **JOEL MOYER, et al.,** | : | Case No.  1:01-CV-140 |
| | : | |
| Plaintiffs, | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| v. | : | |
| | : | |
| **AMBASSADOR PROGRAMS, INC. ,** | : | NOTICE OF DESIGNATION OF |
| et al., | : | DEPOSITION EXCERPTS OF |
| | : | PAMELA DUCKMANTON |
| Defendants. | : | |

---

Defendant Ambassador Programs, Inc. ("Ambassador"), hereby designates the following relevant excerpts of the deposition of Pamela Duckmanton.  A transcript of the complete deposition transcript taken on April 9, 2004 and was filed with the Court on July 26,. 2004.  Ambassador designates excerpts of Ms. Duckmanton's testimony as follows:

Page 4, Line 9 to Page 10, Line 19.

Respectfully submitted,

/s/ Robert G. Hanseman
Martin A. Beyer        (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
*Attorneys for Defendant Ambassador Programs, Inc.*

{00144245.DOC/1}

## **CERTIFICATE OF SERVICE**

      I certify that on January 10, 2005, a copy of the **NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF PAMELA DUCKMANTON** was filed with the Court's ECF system and mailed to:

| | |
|---|---|
| Louis F. Gilligan, Esq. | Gregory G. Beck, Esq. |
| Peter J. Stautberg, Esq. | Kreiner & Peters Co., LPA |
| Keating, Muething & Klekamp, PLL | P.O. Box 1209 |
| 1400 Provident Tower | Dublin, OH 430175202 |
| One East Fourth Street | *Attorney for Defendant Humana/Choicecare* |
| Cincinnati, OH 45202 | |
| *Attorneys for Plaintiffs* | |

                                                /s/ Robert G. Hanseman
                                                Robert G. Hanseman