IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | |
|---|---|
| JOEL MOYER, et al., | CASE NO. 1:01-CV-140 |
| Plaintiffs, | Magistrate Judge Timothy S. Hogan |
| v. | |
| PEOPLE TO PEOPLE INTERNATIONAL, INC., et al., | NOTICE OF MANUAL FILING OF DEPOSITION OF ERIC MOYER |
| Defendants. | |

Defendant, People to People International, Inc., hereby gives notice that the transcript of the deposition of Eric Moyer, taken on January 8, 2003, is being manually filed with the Clerk of Court of the Southern District of Ohio, at Cincinnati in this action.

Respectfully submitted,

/s/ Martin A. Beyer
Karl R. Ulrich         (0055852)
Martin A. Beyer        (0060078)
Robert G. Hanseman     (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
Attorneys for Defendant People to People
International, Inc. and Ambassador
Programs, Inc.

{00144357.DOC/1}

## **CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing **Notice of Filing Deposition** was sent electronically and by regular U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Louis F. Gilligan, Esq.<br>Peter J. Stautberg, Esq.<br>Keating, Muething & Klekamp, PLL<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br>513/579-6400<br>Attorneys for Plaintiffs | Gregory G. Beck, Esq.<br>KREINER & PETERS CO. L.P.A.<br>2055 Reading Road, Ste. 290<br>Cincinnati, OH 45202<br>(513) 241-7878<br>Attorney for Defendant Humana/Choice |

this 11th day of January, 2005.

                                               /s/ Martin A. Beyer
                                               Martin A. Beyer