UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOEL P. MOYER, et al., | ) : | Case No. C-1-01-140 |
| Plaintiffs, | ) : | (Judge Hogan) |
| -v- | ) : | **PLAINTIFFS' NOTICE OF** |
| | : | **DESIGNATION OF DEPOSITION** |
| PEOPLE TO PEOPLE | ) : | **EXCERPTS OF DANIEL PATRICK** |
| INTERNATIONAL, INC., et al., | ) : | **KELLY, PAMELA DUCKMANTON,** |
| | | **DIANA MOORE-CRITCHLOW,** |
| Defendant. | ) | **RONALD CARROLL, FRANCES** |
| | | **CARNEY AND PAUL CHAPIN** |

Plaintiffs hereby give notice of their intent to read into the record at trial the following

excerpts of depositions:

1.    Daniel Patrick Kelly, taken September 20, 2002.

P. 2, L 15 – P 2, L 21
P 3, L 1 – P 3, L 21
P 4, L 1 – P 4, L 21
P 5, L 1 – P 5, L 21
P 6, L 1 – P 6, L 21
P 7, L 1 – P 7, L 21
P 8, L 1 – P 8, L 21
P 9, L 1 – P 9, L 21
P 10, L 1 – P 10, L 21
P 11, L 1 – P 11, L 21
P 12, L 1 – P 12, L 21
P 13, L 1 – P 13, L 21
P 14, L 1 – P 14, L 21
P 15, L 1 – P 15, L 21
P 16, L 1 – P 16, L 21
P 17, L 1 – P 17, L 20
P 18, L 1
P 57, L 1 – P 57, L 8

2.    Pamela Duckmanton, taken on April 9, 2004.

P10, L20 – P17, L6
P17, L19 – P18, L21

3.      Diane Moore-Critchlow, taken on July 31, 2002.

P 3, L 14 – P 3, L 25
P 4, L 1 – P 4, L 25
P 5, L 11 – P 5, L 25
P 8, L 6 – P 8, L 25
P 9, L 1 – P 9, L 8
P 11, L 25
P 12, L 1 – P 12, L 6
P 14, L 6 – P 14, L 21
P 16, L 13 – P 16, L 25
P 17, L 1 – P 17, L 25
P 18, L 1 – P 18, L 25
P 19, L 1 – p 19, L 5
P 19, L 10 – P 19, L 25
P 20, L 1 – P 20, L 25
P 21, L 21 – P 21, L 25
P 22, L 1 – P 22, L 25
P 23, L 1 – P 23, L 25
P 24, L 1 – P 24, L 25
P 25, L 1 – P 25, L 25
P 26, L 1 – P 26, L 25
P 27, L 1 – P 27, L 25
P 28, L 1 – P 28, L 25
P 29, L 1 – P 29, L 25
P 30, L 1 – P 30, L 25
P 31, L 1 – P 31, L 25
P 32, L 1 – P 32, L 25
P 33, L 1 – P 33, L 25
P 34, L 1 – P 34, L 13
P 36, L 6 – P 36, L 25
P 37, L 1 – P 37, L 25
P 38, L 1 – P 38, L 12
P 39, L 1 – P 39, L 25
P 40, L 1 – P 40, L 22
P 41, L 11 – P 41, L 25
P 42, L 1 – P 42, L 25
P 43, L 1 – P 43, L 25
P 44, L 1 – P 44, L 25
P 45, L 1 – P 45, L 25
P 46, L 1 – P 46, L 14
P 47, L 5 – P 47, L 25
P 48, L 1 – P 48, L 25
P 49, L 1 – P 49, L 25
P 50, L 1 – P 50, L 8

P 50, L 12 – P 50, L 18
P 51, L 2 – P 51, L 8
P 51, L 11 – P 51, L 25
P 52, L 1 – P 52, L 25
P 53, L 1 – P 53, L 25
P 54, L 1 – P 54, L 22
P 55, L 4 – P 55, L 25
P 56, L 1 – P 56, L 10
P 56, L 16 – P 56, L 25
P 57, L 1 – P 57, L 25
P 58, L 10 – P 58, L 25
P 59, L 1 – P 59, L 25
P 60, L 1 – P 60, L 19
P 60, L 25
P 61, L 1 – P 61, L 25
P 67, L 1 – P 67, L 25
P 68, L 1 – P 68, L 25
P 69, L 1 – P 69, L 25
P 70, L 1 – P 70, L 25
P 71, L 1 – P 71, L 25
P 72, L 1
P 73, L 1 – P 73, L 9
P 73, L 16 – P 73, L 25
P 74, L 1 – P 74, L 20
P 75, L 19 – P 75, L 25
P 76, L 1 – P 76, L 25
P 77, L 1 – P 77, L 25
P 84, L 1 – P 84, L 21
P 86, L 7 – P 86, L 25
P 87, L 1
P 87, L 4 – P 87, L 24
P 88, L 1 – P 88, L 25
P 89, L 1 – P 89, L 25
P 90, L 1
P 90, L 10 – P 90, L 25
P 91, L 1 – P 91, L 7
P 92, L 23 – P 92, L 25
P 93, L 1 – P 93, L 23
P 94, L 19 – P 94, L 25
P 95, L 1 – P 95, L 25
P 96, L 1 – P 96, L 20

4.    Ronald Carroll, taken on February 25, 2003.

P36, L4 – P76, L22

5.    Frances Carney, taken on December 2, 2003.

P22, L24 – P40, L10
P41, L23 – P49, L19

6.    Paul Chapin, taken on July 31, 2002

P 3, L 14 – P 3, L 25
P 5, L 13 – P 5, L 25
P 6, L 1
P 6, L 11 – P 6, L 22
P 8, L 2 – P 8, L 24
P 9, L 1 – P 9, L 4
P 9, L 12 – P 9, L 25
P 10, L 1 – P 10, L 25
P 11, L 1 – P 11, L 10
P 11, L 16 – P 11, L 25
P 12, L 1 – P 12, L 13
P 12, L 25
P 13, L 1 – P 13, L 8
P 14, L 8 – P 14, L 24

Respectfully submitted,


___/s/ Peter J. Stautberg_____
Louis F. Gilligan (0021805)
Peter J. Stautberg (0061691)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio  45202
(513) 579-6400 - Telephone
(513) 579-6457 - Facsimile
Attorney for Plaintiffs,
JOEL P. MOYER, et al.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF DESIGNATION OF DEPOSITION EXCERPTS OF DANIEL PATRICK KELLY, PAMELA DUCKMANTON, DIANA MOORE-CRITCHLOW, RONALD CARROLL, FRANCES CARNEY AND RON CHAPIN was filed with the Court's ECF system this 11th day of January, 2004, and electronic notice provided to the following:

Robert Hanseman, Esq.
Martin A. Beyer, Esq.
Sebaly, Shillito, and Dyer
1300 Courthouse Plaza N.E.
P.O. Box 220
Dayton, Ohio  45402

Gregory Beck, Esq.
Kreiner & Peters
P.O. Box 1209
Dublin, Ohio  43017-6209


   /s/ Peter J. Stautberg    
Peter J. Stautberg


1389096.1