**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Joel P. Moyer, et al.,
    Plaintiffs

vs

Case No. C-1-01-140

People to People
International, Inc., et al.,
    Defendants

**ORDER**
(Hogan, M.J.)

The Court having been advised by the parties that the within action has been settled;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement. All pending motions are considered moot. The trial date of January 18, 2005 is hereby **VACATED**.

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action and, unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn by counsel shall be disposed of by the Clerk of Court as waste after expiration of the withdrawal period. *See* S.D. Ohio Civ. R. 79.2(a), (b).

**IT IS SO ORDERED.**

Date 1/14/05

Timothy S. Hogan
United States Magistrate Judge