IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(Cincinnati)

| | | |
|---|---|---|
| JOEL MOYER, et al., | : | Case No. 1:01-CV-140 |
| Plaintiffs, | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| AMBASSADOR PROGRAMS, INC., et al., | : | STIPULATED DISMISSAL ORDER |
| Defendants. | : | |

Per Federal Civil Rule 41(a)(1)(ii), Plaintiffs dismiss with prejudice this action. Each party shall bear its own costs. This Stipulated Dismissal Order supersedes the Court's Dismissal Order filed on January 14, 2005 (Doc. # 152).

So ordered:

Date: 2/24/05

_____
Timothy S. Hogan
United States Magistrate Judge

{00145083.DOC/1}

Stipulated and agreed to:

*[signature: Louis F. Gilligan]*

Louis F. Gilligan
Peter J. Stautberg, Esq.
Keating, Muething & Klekamp, PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
513/579-6400
Attorneys for Plaintiffs

*[signature: Martin A. Beyer]*

Martin A. Beyer  (0060078)
Robert G. Hanseman  (0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
mbeyer@ssdlaw.com
Attorneys for Defendant Ambassador
Programs, Inc.

*[signature: Gregory G. Beck]*

Gregory G. Beck, Esq.
Kreiner & Peters Co., LPA
P.O. Box 1209
Dublin, OH 430175202
(513) 367-5401
Attorney for Defendant Humana/Choicecare

{00145083.DOC/1}